PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: David D. Queen                                              Cr.: 12-00684-001
                                                                             PACTS #: 65559

Name of Sentencing Judicial Officer:   THE HONORABLE FAITH S. HOCHBERG
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/23/2013

Original Offense: 18:922G.F; Unlawful Transport Of Firearms - Etc.

Original Sentence: 63 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/20/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

   Violation #      Type Noncompliance

   1                The offender has violated the mandatory supervision condition which states
                    'You must refrain from any unlawful use of a controlled substance. You
                    must submit to one drug test within 15 days of release from imprisonment
                    and at least two periodic drug tests thereafter, as determined by the
                    Court.'

                    On 5/30/2018, the offender tested positive for Marijuana and Amphetamines.


U.S. Probation Officer Action:

USPO will increase urine screen testing and if he has another positive drug screen, he will be referred to drug treatment.

                                                  Respectfully submitted,

                                                  By: Kitanya J. Williams /EV/
                                                      U.S. Probation Officer
                                                  Date: 06/14/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/9/18
_____
Date